ERIC GRANT
United States Attorney
CHAN HEE CHU
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

**FILED**
Oct 22, 2026
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE SEARCH OF

(1) Location: 5614 N. Blackstone Avenue, Fresno, California; (2) Person: Dr. Gary G. Hamm

CASE NO. **1:26-sw-00152-EPG**

**SEALING ORDER**

**FILED UNDER SEAL**

Upon Application of the United States of America, and good cause having been shown,

IT IS HEARBY ORDERED that the file in the above-captioned matter is SEALED until further order of this Court.

DATED: **Oct 22, 2026**

Hon. Erica P. Grosjean
United States Magistrate Judge