FILED
Oct 27, 2026
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE SEARCH OF

(1) Location: 5614 N. Blackstone Avenue, Fresno, California; (2) Person: Dr. Gary G. Hamm

CASE NO. 1:26-sw-00152-EPG

**ORDER UNSEALING COMPLAINT**

The United States of America, having executed the search warrants, and the need for sealing the search warrants and related documents, including the search warrant application having ceased;

IT IS ORDERED that the search warrants and related documents shall be unsealed in their entirety.

Dated: **Oct 27, 2026**

HON. STANLEY A. BOONE
UNITED STATES MAGISTRATE JUDGE